KATHERINE G. IVIMEY ET AL. *v.* AMERICAN
BANK OF CONNECTICUT
(11074)

DALY, FOTI and LANDAU, Js.

Argued May 4—decision released May 25, 1993

*John R. Ivimey, Sr.,* pro se, the appellant (plaintiff).
*Mark V. Oppenheimer* filed a brief for the appellants (plaintiffs).
*Scott A. Garver,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.